B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Ohio

In re David Oliver Moisio / Ann Victoria Moisio, Case No. 16-41866-tnap

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of BKPL-EG Holding Trust | New Residential Mortgage LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

Phone: 888.504.6700
Last Four Digits of Acct #: 1919

Name and Address where transferee payments should be sent (if different from above):
c/o Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708
Phone: 888.504.6700
Last Four Digits of Acct #:

Court Claim # (if known): 8-1
Amount of Claim: $91,178.03
Date Claim Filed: 02/13/2017

Phone:
Last Four Digits of Acct. #: 5131

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Molly Slutsky Simons        Date: 07/19/2021
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.