**Fill in this information to identify the case:**

**Debtor 1** David Oliver Moisio

**Debtor 2** Ann Victoria Moisio
(Spouse, if filing)

**United States Bankruptcy Court for the :** Northern **District of** Ohio (State)

**Case number** 16-41866-tnap

Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.**

**Name of creditor:** NewRez LLC d/b/a Shellpoint Mortgage Servicing**

**Court claim no.** (if known): 8

**Last four digits** of any number you use to identify the debtors' account: XXXXXX5131

**Date of payment change:**
Must be at least 21 days after date of this notice: 1/1/2021

**New total payment:**
Principal, interest, and escrow, if any: $972.44

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtors' escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ____________________

**Current escrow payment:** $ 199.73* **New escrow payment :** $ 303.32

## Part 2: Mortgage Payment Adjustment

2. **Will the debtors' principal and interest payment change based on an adjustment to the interest rate in the debtors' variable-rate account?**

☒ No
☐ Yes Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ____________________

**Current interest rate:** % **New interest rate:** %

**Current principal and interest payment:** $ ________ **New principal and interest payment:** $ ________

## Part 3: Other Payment Change

3. **Will there be a change in the debtors' mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

Reason for change: ____________________

**Current mortgage payment:** $ ________ **New mortgage payment:** $ ________



16-41866-tnap Doc FILED 12/11/20 ENTERED 12/11/20 15:41:09 Page 1 of 5

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** */s/Melissa Licker*
Signature

Date 12/11/2020

Print: Melissa (First Name) (Middle Name) Licker (Last Name)

Title Authorized Agent for Creditor

Company McCalla Raymer Leibert Pierce, LLC

Address 1544 Old Alabama Road (Number Street)
Roswell (City) GA (State) 30076 (ZIP Code)

Contact phone 732-902-5384

Email Melissa.Licker@mccalla.com

*To the extent any prior interest rate adjustments under the terms of the loan documents or prior escrow adjustments were not noticed in this Court pursuant to Bankruptcy Rule 3002.1 after December 1, 2011 or the Petition Date (whichever is later), Creditor will refund or credit the debtor, as appropriate, to give the debtor the benefit of any lower payment amount as provided under the loan documents, escrow analysis, or a notice previously filed with this Court pursuant to Bankruptcy Rule 3002.1. This does not constitute a modification of the payment obligations under the terms of the promissory note, mortgage, or other loan documents.

**Please note Creditor is in the process of filing a Transfer of Claim to reflect Creditor as the Transferee of this Claim. However, this Notice of Mortgage Payment Change is being filed to ensure Creditor's compliance with Fed. R. Bankr. P. 3002.1.

| | Bankruptcy Case No.: | 16-41866-tnap |
|---|---|---|
| In Re: | Chapter: | 13 |
| David Oliver Moisio | Judge: | Tiiara N.A. Patton |
| Ann Victoria Moisio | | |

CERTIFICATE OF SERVICE

I, Melissa Licker, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

David Oliver Moisio
2237 S. Denmark Road
Jefferson, OH 44047

Ann Victoria Moisio
2237 S. Denmark Road
Jefferson, OH 44047

Robert L. Herman *(served via ECF Notification)*
PO Box 21
Kinsman, OH 44428

Michael A. Gallo, Trustee *(served via ECF Notification)*
5048 Belmont Avenue
Youngstown, OH 44505

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 12/11/2020 (date) By: */s/Melissa Licker*
Melissa Licker
Authorized Agent for Creditor



NewRez
Servicing
PO Box 10826
Greenville, SC 29603 0826
For Inquiries: (866) 317-2347

Final

Analysis Date: December 01, 2020
Loan: [redacted]

ANN V MOISIO
DAVID O MOISIO
2237 S DENMARK RD
JEFFERSON OH 44047

Property Address:
2237 S DENMARK RD
JEFFERSON, OH 44047

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with NewRez. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Jan 01, 2021 |
|---|---|---|
| P & I Pmt: | $669.12 | $669.12** |
| Escrow Pmt: | $309.65 | $303.32 |
| Other Funds Pmt: | $0.00 | $0.00 |
| Asst. Pmt (-): | $0.00 | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 |
| Total Payment: | $978.77 | $972.44 |

| Prior Esc Pmt | October 01, 2020 |
|---|---|
| P & I Pmt: | $669.12 |
| Escrow Pmt: | $164.33 |
| Other Funds Pmt: | $0.00 |
| Asst. Pmt (-): | $0.00 |
| Resrv Acct Pmt: | $0.00 |
| Total Payment: | $833.45 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | December 01, 2020 |
| Escrow Balance: | $892.97 |
| Anticipated Pmts to Escrow: | $309.65 |
| Anticipated Pmts from Escrow (-): | $0.00 |
| Anticipated Escrow Balance: | $1,202.62 |

| Shortage/Overage Information | Effective Jan 01, 2021 |
|---|---|
| Upcoming Total Annual Bills | $2,804.08 |
| Required Cushion | $467.35 |
| Required Starting Balance | $2,038.38 |
| Escrow Shortage | -$835.76 |
| Surplus | $0.00 |

**Cushion Calculation:** Because NewRez does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 467.35. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 467.35 or 1/6 of the anticipated payment from the account.

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

This is a statement of actual activity in your escrow account from Dec 2019 to Dec 2020. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| | Payments to Escrow | | Payments From Escrow | | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | | Description | Required | Actual |
| | | | | | | Starting Balance | 0.00 | 1,119.15 |
| Dec 2019 | | 199.73 | | | * | | 0.00 | 1,318.88 |
| Dec 2019 | | 199.73 | | | * | | 0.00 | 1,518.61 |
| Jan 2020 | | 199.73 | | | * | | 0.00 | 1,718.34 |
| Jan 2020 | | | | 532.04 | * | County Tax | 0.00 | 1,186.30 |
| Mar 2020 | | 399.46 | | | * | | 0.00 | 1,585.76 |
| Mar 2020 | | | | 1,740.00 | * | Hazard | 0.00 | (154.24) |
| May 2020 | | 199.73 | | | * | | 0.00 | 45.49 |
| Jun 2020 | | 199.73 | | | * | | 0.00 | 245.22 |
| Jun 2020 | | | | 532.04 | * | County Tax | 0.00 | (286.82) |
| Jul 2020 | | 199.73 | | | * | | 0.00 | (87.09) |
| Aug 2020 | | 199.73 | | | * | | 0.00 | 112.64 |
| Sep 2020 | | 199.73 | | | * | | 0.00 | 312.37 |
| Oct 2020 | | 199.73 | | | * | | 0.00 | 512.10 |
| Nov 2020 | | 164.33 | | | * | | 0.00 | 676.43 |
| Nov 2020 | | 191.73 | | | * | | 0.00 | 868.16 |
| Nov 2020 | | (27.40) | | | * | | 0.00 | 840.76 |
| | | | | | | Anticipated Transactions | 0.00 | 840.76 |
| Dec 2020 | | 309.65P | | | | | | 1,150.41 |
| | $0.00 | $2,835.34 | $0.00 | $2,804.08 | | | | |

**An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.**

**P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.**

NewRez

For Inquiries: (866) 317-2347

Final

Analysis Date: December 01, 2020

Loan:

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 1,202.62 | 2,038.38 |
| Jan 2021 | 233.67 | | | 1,436.29 | 2,272.05 |
| Feb 2021 | 233.67 | 532.04 | County Tax | 1,137.92 | 1,973.68 |
| Mar 2021 | 233.67 | 1,740.00 | Hazard | (368.41) | 467.35 |
| Apr 2021 | 233.67 | | | (134.74) | 701.02 |
| May 2021 | 233.67 | | | 98.93 | 934.69 |
| Jun 2021 | 233.67 | | | 332.60 | 1,168.36 |
| Jul 2021 | 233.67 | 532.04 | County Tax | 34.23 | 869.99 |
| Aug 2021 | 233.67 | | | 267.90 | 1,103.66 |
| Sep 2021 | 233.67 | | | 501.57 | 1,337.33 |
| Oct 2021 | 233.67 | | | 735.24 | 1,571.00 |
| Nov 2021 | 233.67 | | | 968.91 | 1,804.67 |
| Dec 2021 | 233.67 | | | 1,202.58 | 2,038.34 |
| | $2,804.04 | $2,804.08 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is 1,202.62. Your starting balance (escrow balance required) according to this analysis should be $2,038.38. This means you have a shortage of 835.76. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months.

We anticipate the total of your coming year bills to be 2,804.08. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $233.67 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $69.65 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $303.32 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $902.79 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Notice of Error or Information Request Address**

You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Information Request, please write to us at the following address:

NewRez
PO Box 10826
Greenville, SC 29603 0826



Detach Here




NewRez
PO Box 10826

Greenville, SC 29603 0826
(866) 317-2347

**Escrow Shortage Reply (This is not a bill)**

Loan Number:

Full Shortage Amount: $835.76

Payment Amount: $ ____________

Your escrow shortage has been spread over 12 months, resulting in an additional increase in your monthly payment in the amount of 69.65.

NewRez
P.O. Box 740039
Cincinnati, OH 45274-0039

IF YOU CHOOSE to pay your shortage in full, please visit www.NewRez.com in order to expedite your payment. You can also mail this coupon with your remittance of the full shortage amount to the address to the left